1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                         **DISTRICT OF NEVADA**
8
9
DA'VAN E. EVANS,                          )
10                                            )
           Petitioner,                    )        Case No. 2:13-cv-01575-APG-CWH
11                                            )
vs.                                       )        **ORDER**
12                                            )
BRIAN E. WILLIAMS, JR., *et al.*,         )
13                                            )
           Respondents.                   )
14  _____/

15
        Respondents have filed a motion for a first extension of time in which to file a response to
16
the petition for a writ of habeas corpus.  (ECF No. 6).  Respondents seek a 45-day enlargement of
17
time, up to and including January 20, 2014, to file a response.  Having reviewed the motion and good
18
cause appearing, respondents' motion is granted.
19
        **IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file a
20
response to the petition (ECF No. 6) is **GRANTED.**  The response shall be filed on or before
21
**January 20, 2014.**
22
        Dated this ____ day of December, 2013.
23
24
                                        _____
25                                        UNITED STATES DISTRICT JUDGE
26