# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |  |
|---|---|---|
| DA'VAN E. EVANS, | ) | |
| Petitioner, | ) | Case No. 2:13-cv-01575-APG-CWH |
| vs. | ) | **ORDER** |
| BRIAN E. WILLIAMS, JR., *et al.*, | ) | |
| Respondents. | ) | |

Respondents have filed a motion for a first extension of time in which to file a response to the petition for a writ of habeas corpus. (ECF No. 6). Respondents seek a 45-day enlargement of time, up to and including January 20, 2014, to file a response. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file a response to the petition (ECF No. 6) is **GRANTED.** The response shall be filed on or before **January 20, 2014.**

Dated this _____ day of December, 2013.

_____
UNITED STATES DISTRICT JUDGE